IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO RODRIGUEZ-PENA,<br><br>                     Defendant. | **8:17CR11**<br><br>**ORDER** |

This matter is before the court on defendant's Motion to Enlarge Time for Consideration of Pretrial Motions [24]. The defendant has filed the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 [25]. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1. Defendant's Motion to Enlarge Time for Consideration of Pretrial Motions [24] is granted. Pretrial motions shall be filed on or before March 17, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 17, 2017 and March 17, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 17th day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge